IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Charles Morris,
Karen Morris,
    Debtors,

Charles Morris,
Karen Morris,
    Movants,

No Respondent
    Respondent.

Bankruptcy No. 19-20497-GLT

Chapter 13

Related to Document No.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the July 31, 2019 Order of Court and the Amended Chapter 13 Plan dated July 16, 2019 by prepaid first class US mail on July 31, 2019 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 07/31/2019

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20497-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jul 31 11:47:21 EDT 2019 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citicards Cbna<br>Citi Bank<br>Po Box 6077<br>Sioux Falls, SD 57117-6077 | Elan Financial Service / Flagstar<br>Attn: Bankruptcy<br>4801 Frederica Street<br>Owensboro, KY 42301-7441 |
| Flagstar Bank<br>Attn: Bankruptcy<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| M&T Bank<br>PO Box 1508<br>Buffalo NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/Mattress Firm<br>Attn: Bankruptcy<br>Po Box 965004<br>Orlando, FL 32896-5004 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Systems & Services Technologies/Best Egg<br>Attn: Bankruptcy<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Charles Wayne Morris<br>199 Munce Ridge Road<br>Washington, PA 15301-9614 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6805 |
| Karen Joanne Morris<br>199 Munce Ridge Road<br>Washington, PA 15301-9614 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, MI 48098 | M&T Credit Services<br>Legal Document Processing<br>1100 Wherle Dr<br>Williamsville, NY 14221 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank as servicer for LAKEVIEW LOA | (d)LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29