Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 19−20497−GLT
　　　　　　　　　　　　　　　　　　　　　　　　Related to Docket no. 27
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 28 − 27
　　　　　　　　　　　　　　　　　　　　　　　　Conciliation Conference Date: 9/26/19 at 11:00 AM

**Charles Wayne Morris**　　　　　　　　　　　Karen Joanne Morris
　　Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

　Executed on _____　　　　_____
　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　(Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20497-GLT
Charles Wayne Morris                                                    Chapter 13
Karen Joanne Morris
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1            Date Rcvd: Jul 31, 2019
                              Form ID: 150            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db/jdb         +Charles Wayne Morris,    Karen Joanne Morris,    199 Munce Ridge Road,
                 Washington, PA 15301-9614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Charles Wayne Morris ricelaw1@verizon.net, lowdenscott@gmail.com
      David A. Rice    on behalf of Joint Debtor Karen Joanne Morris ricelaw1@verizon.net, lowdenscott@gmail.com
      James Warmbrodt    on behalf of Creditor   Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Charles Wayne Morris niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Joint Debtor Karen Joanne Morris niclowlgl@comcast.net
                                                                                                                       TOTAL: 7