FILED
1/3/24 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Charles Wayne Morris ) | Bankruptcy No. 19-20497 GLT |
| Karen Joanne Morris ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Scott R. Lowden, Esquire ) | |
| Applicant(s) ) | |
| v. ) | Related to Docket No. 47 |
| No Respondent ) | |
| Respondent(s) ) | |

### ORDER OF COURT

AND NOW, this _3rd Day of January_, 2024, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $5,479.93, of which $5,385.00 are attorney fees and $94.93 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00.  This award covers the period from 1/30/2019 to 12/12/2023.

Therefore, the Application in its face amount of $1,479.93 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,479.93 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 30, 2019 and December 12, 2023 in the amount of **$1,385.00** and expenses in the amount of **$94.93** for a total of **$1,479.93**.  The total award of compensation for services to date is **$5,385.00** and expenses in the amount of **$94.93** for a grand total in the amount of **$5,479.93.**

Prepared by: Scott R. Lowden

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20497-GLT |
| Charles Wayne Morris | Chapter 13 |
| Karen Joanne Morris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Wayne Morris, Karen Joanne Morris, 199 Munce Ridge Road, Washington, PA 15301-9614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Charles Wayne Morris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Karen Joanne Morris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Maria Miksich | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Charles Wayne Morris lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Karen Joanne Morris lowdenscott@gmail.com

TOTAL: 11