UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/5/24 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  CHARLES WAYNE MORRIS
  KAREN JOANNE MORRIS
      Debtor(s)
  Ronda J. Winnecour, Trustee
      Movant
       vs.
  CHARLES WAYNE MORRIS
  KAREN JOANNE MORRIS

      Respondents

Case No.19-20497GLT

Chapter 13

Related to Docket No. 55

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 5th Day of February, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Range Resources Appalachia Llc
Attn Payroll
100 Throckmorton St 1200
Fort Worth,TX 76102

is hereby ordered to immediately terminate the attachment of the wages of CHARLES WAYNE MORRIS, social security number XXX-XX-2872.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHARLES WAYNE MORRIS.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20497-GLT |
| Charles Wayne Morris | Chapter 13 |
| Karen Joanne Morris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Wayne Morris, Karen Joanne Morris, 199 Munce Ridge Road, Washington, PA 15301-9614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Charles Wayne Morris ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Karen Joanne Morris ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com |
| Maria Miksich | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
   on behalf of Debtor Charles Wayne Morris lowdenscott@gmail.com

Scott R. Lowden
   on behalf of Joint Debtor Karen Joanne Morris lowdenscott@gmail.com


TOTAL: 10