**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CHARLES WAYNE MORRIS** |
| Debtor 2 (Spouse, if filing) | **KAREN JOANNE MORRIS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **19-20497GLT** |

Form 4100N
# Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

Name of creditor: **LAKEVIEW LOAN SERVICING LLC**

Court claim no. (if known): **9**

Last 4 digits of any number you use to identify the debtor's account: **3 8 2 0**

Property Address: 199 MUNCE RIDGE RD
WASHINGTON PA 15301

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearage: (a) $ | 1,418.90 |
| b. | Prepetition arrearage paid by the trustee: (b) $ | 1,418.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. (g) $ | 1,418.90 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment    $    $1,022.89
   The next postpetition payment is due on   3 / 1 / 2024
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **CHARLES WAYNE MORRIS** | Case number *(if known)* | **19-20497GLT** |
|---|---|---|---|
| | Name | | |

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date 03/06/2024

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **CHARLES WAYNE MORRIS** | Case number *(if known)* | **19-20497GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/27/2020 | 1157218 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 214.28 |
| 05/26/2020 | 1160557 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 91.55 |
| 06/26/2020 | 1163690 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 91.55 |
| 07/29/2020 | 1166817 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 427.86 |
| 08/25/2020 | 1169891 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 91.55 |
| 09/28/2020 | 1172979 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 91.55 |
| 10/26/2020 | 1176067 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 101.77 |
| 11/24/2020 | 1179145 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 101.77 |
| 12/21/2020 | 1182100 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 101.77 |
| 01/25/2021 | 1185064 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 105.25 |
| | | | | 1,418.90 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/24/2019 | 1119504 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 2,649.95 |
| 06/25/2019 | 1122897 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 931.82 |
| 07/29/2019 | 1126337 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 964.77 |
| 08/27/2019 | 1129808 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 980.01 |
| 09/24/2019 | 1133120 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 989.23 |
| 10/24/2019 | 1136444 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,472.23 |
| 11/25/2019 | 1139911 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,067.37 |
| 12/23/2019 | 1143293 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,119.13 |
| 01/28/2020 | 1146754 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,150.90 |
| 02/25/2020 | 1150275 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,739.59 |
| 03/23/2020 | 1153758 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 599.10 |
| 04/27/2020 | 1157218 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,366.86 |
| 05/26/2020 | 1160557 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 06/26/2020 | 1163690 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 07/29/2020 | 1166817 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 08/25/2020 | 1169891 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 09/28/2020 | 1172979 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 10/26/2020 | 1176067 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 11/24/2020 | 1179145 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 12/21/2020 | 1182100 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 01/25/2021 | 1185064 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 02/22/2021 | 1188180 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 03/26/2021 | 1191464 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 04/26/2021 | 1194727 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 960.96 |
| 05/25/2021 | 1197865 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 995.24 |
| 06/25/2021 | 1201043 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 07/26/2021 | 1204253 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 08/26/2021 | 1207376 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 09/24/2021 | 1210497 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 10/25/2021 | 1213574 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 11/22/2021 | 1216613 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 12/23/2021 | 1219670 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 01/26/2022 | 1222742 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 02/23/2022 | 1225636 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 03/25/2022 | 1228582 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 04/26/2022 | 1231604 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 05/25/2022 | 1234637 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 06/27/2022 | 1237662 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 07/26/2022 | 1240615 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 08/24/2022 | 1243515 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 09/27/2022 | 1246378 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 10/25/2022 | 1249209 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 968.93 |
| 11/23/2022 | 1251986 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 12/22/2022 | 1254756 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 01/26/2023 | 1257483 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 02/23/2023 | 1260112 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 03/28/2023 | 1262875 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 04/25/2023 | 1265697 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 05/25/2023 | 1268547 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 06/26/2023 | 1271447 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |

| Debtor 1 | **CHARLES WAYNE MORRIS** | Case number *(if known)* | **19-20497GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/25/2023 | 1274224 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 08/25/2023 | 1276994 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 09/26/2023 | 1279752 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 10/25/2023 | 1282464 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 978.55 |
| 11/27/2023 | 1285150 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,022.89 |
| 12/21/2023 | 1287743 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,022.89 |
| 01/26/2024 | 1290414 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,022.89 |
| | | | | 58,886.65 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

CHARLES WAYNE MORRIS
KAREN JOANNE MORRIS
199 MUNCE RIDGE ROAD
WASHINGTON, PA  15301

DAVID A RICE ESQ
RICE & ASSOCIATES LAW FIRM
15 W BEAU ST
WASHINGTON, PA  15301

LAKEVIEW LOAN SERVICING LLC
C/O FLAGSTAR BANK FSB
ATTN BANKRUPTCY DEPT
5151 CORPORATE DR
TROY, MI  48098-2639

KML LAW GROUP PC** (FRMRLY BRIAN C. NICHOLAS ESQ )
C/O DENISE CARLON ESQ
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


3/6/24                                                                /s/ Roberta Saunier
                                                                      Administrative Assistant
                                                                      Office of the Chapter 13 Trustee