**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHARLES WAYNE MORRIS<br>KAREN JOANNE MORRIS<br>　　　　　Debtor(s) | Case No.:19-20497<br><br>Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　　　vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee′s Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/06/2019  and confirmed on 3/22/19 .  The case was subsequently
Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,140.00 |
| Less Refunds to Debtor | 1,131.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,008.78 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,479.93 | |
| Trustee Fee | 6,021.38 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,501.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 58,886.65 | 0.00 | 58,886.65 |
| Acct: 3820 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 1,418.90 | 1,418.90 | 0.00 | 1,418.90 |
| Acct: 3820 | | | | |
| M & T BANK | 0.00 | 36,315.13 | 0.00 | 36,315.13 |
| Acct: 6079 | | | | |
| M & T BANK | 2,381.32 | 2,381.32 | 0.00 | 2,381.32 |
| Acct: 6079 | | | | |
| | | | | 99,002.00 |
| **Priority** | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES WAYNE MORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES WAYNE MORRIS | 978.00 | 978.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES WAYNE MORRIS | 153.22 | 153.22 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 1,479.93 | 1,479.93 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX2-23 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8796 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,444.88 | 2,271.69 | 0.00 | 2,271.69 |
| Acct: 4960 | | | | |
| LVNV FUNDING LLC | 6,519.33 | 2,297.93 | 0.00 | 2,297.93 |
| Acct: 3956 | | | | |
| US BANK NA D/B/A ELAN FINANCIAL SERV | 10,206.58 | 3,597.61 | 0.00 | 3,597.61 |
| Acct: 6609 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,842.92 | 649.59 | 0.00 | 649.59 |

19-20497

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 1105 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,248.69 | 792.62 | 0.00 | 792.62 |
|     Acct: 4779 | | | | |
| LVNV FUNDING LLC | 18,234.30 | 6,427.22 | 0.00 | 6,427.22 |
|     Acct: 2940 | | | | |
| TD BANK USA NA** | 1,329.03 | 468.46 | 0.00 | 468.46 |
|     Acct: 1805 | | | | |
| M & T BANK | 1.00 | 0.35 | 0.00 | 0.35 |
|     Acct: 6079 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4779 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 16,505.47 |

TOTAL PAID TO CREDITORS                                                                                      115,507.47

TOTAL CLAIMED
PRIORITY                    0.00
SECURED              3,800.22
UNSECURED         46,826.73

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHARLES WAYNE MORRIS
    KAREN JOANNE MORRIS
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:19-20497

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 19-20497-GLT

Charles Wayne Morris                                                            Chapter 13

Karen Joanne Morris

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                            Page 1 of 3

Date Rcvd: Mar 26, 2024                 Form ID: pdf900                   Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Wayne Morris, Karen Joanne Morris, 199 Munce Ridge Road, Washington, PA 15301-9614 |
| 14990535 | + | Elan Financial Service / Flagstar, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 14990540 | + | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:12 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14990532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:21:45 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15034953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:57 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14990533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14990534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:57 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 15035006 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 27 2024 00:23:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14990536 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 27 2024 00:23:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15051682 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:21:46 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15031573 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:34:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990537 | | Email/Text: camanagement@mtb.com | Mar 27 2024 00:23:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 15034538 | | Email/Text: camanagement@mtb.com | Mar 27 2024 00:23:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15208214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15034503 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:20:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14990961 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:22:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA, 23541-1021 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 22

| 14990538 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 27 2024 00:22:08 | Syncb/Mattress Firm, Attn: Bankruptcy, Po Box 965004, Orlando, FL 32896-5004 |
| 14990539 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 27 2024 00:33:58 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15034502 | + Email/Text: bncmail@w-legal.com | | |
| | | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14990541 | Email/Text: bncmail@w-legal.com | | |
| | | Mar 27 2024 00:23:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 15014501 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Mar 27 2024 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank as servicer for LAKEVIEW LOAN SERVIC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | |
| | on behalf of Debtor Charles Wayne Morris ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Karen Joanne Morris ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Maria Miksich | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | |

District/off: 0315-2                     User: auto                                    Page 3 of 3
Date Rcvd: Mar 26, 2024                  Form ID: pdf900                        Total Noticed: 22

on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                         on behalf of Debtor Charles Wayne Morris lowdenscott@gmail.com

Scott R. Lowden
                         on behalf of Joint Debtor Karen Joanne Morris lowdenscott@gmail.com


TOTAL: 10