IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHARLES WAYNE MORRIS
KAREN JOANNE MORRIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20497

Chapter 13

Related to Docket No. 61

FILED
5/13/24 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __13th Day of May, 2024__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles Wayne Morris  
Karen Joanne Morris  
    Debtors

Case No. 19-20497-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 13, 2024      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Wayne Morris, Karen Joanne Morris, 199 Munce Ridge Road, Washington, PA 15301-9614 |
| 14990535 | + | Elan Financial Service / Flagstar, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 14990540 | + | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:39:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14990532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:44 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15034953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:44 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14990533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:41:27 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14990534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:45 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 15035006 | | Email/Text: cashiering-administrationservices@flagstar.com | May 13 2024 23:33:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14990536 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 13 2024 23:33:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15051682 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2024 23:41:28 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15031573 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2024 23:51:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990537 | | Email/Text: camanagement@mtb.com | May 13 2024 23:32:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 15034538 | | Email/Text: camanagement@mtb.com | May 13 2024 23:32:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 15208214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15034503 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:52:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14990961 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-20497-GLT   Doc 68   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 13 2024 23:51:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990538 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:51:58 | Syncb/Mattress Firm, Attn: Bankruptcy, Po Box 965004, Orlando, FL 32896-5004 |
| 14990539 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:07 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14990540 | ^ | MEBN | May 13 2024 23:31:09 | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15034502 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14990541 | | Email/Text: bncmail@w-legal.com | May 13 2024 23:32:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 15014501 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 13 2024 23:33:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank as servicer for LAKEVIEW LOAN SERVIC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Charles Wayne Morris ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Karen Joanne Morris ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| | |
|---|---|
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Flagstar Bank as servicer for LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Charles Wayne Morris lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Karen Joanne Morris lowdenscott@gmail.com |

TOTAL: 10